AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| The Harmon 1999 Descendants' Trust | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-01442-RDA-WEF |
| Germaine F. Harmon, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Parties St. Paul International Development, Ltd. and George Kappaz.

Date: 02/09/2023

/s/ Bryon P. Becker
*Attorney's signature*

Bryon P. Becker, (Va. Bar No. 93384)
*Printed name and bar number*

Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
*Address*

bpbecker@paulweiss.com
*E-mail address*

(202) 223-7345
*Telephone number*

(202) 478-5150
*FAX number*